IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   09-cr-00189-CMA

UNITED STATES OF AMERICA,

       Plaintiff,

v.

14.   URIEL REYES-MACIAS,

       Defendant.

---

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

Upon petition of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ to the United States Marshals

Service requiring the United States Marshal to produce Uriel Reyes-Macias, date of birth

February 6, 1984, before a United States Magistrate Judge, forthwith for an initial

appearance upon the charges in the Indictment, and to hold him at all times in the United

States Marshal's custody as an agent of the United States of America until final

disposition of the defendant's case, and thereafter to return the defendant to the institution

where he is now confined.

       SO ORDERED this _1st_ day of __May__, 2009.

                          _____
                          UNITED STATES MAGISTRATE JUDGE
                          UNITED STATES DISTRICT COURT
                          DISTRICT OF COLORADO